Thomas B. Mayhew (State Bar No. 183539)
  tmayhew@fbm.com
Sunshine W. Yin (State Bar No. 293799)
  syin@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
CHARLES TYRWHITT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| PAUL DE LA TORRE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHARLES TYRWHITT, INC. and CHARLES TYRWHITT LLP,<br><br>    Defendants. | Case No. 5:14-cv-04603-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiff Paul De La Torre ("Plaintiff" or "De La Torre") and Defendant Charles Tyrwhitt, LLP ("Defendant" or "Tyrwhitt") make this stipulation with reference to the following facts:

(1)   On December 3, 2014, Mr. De La Torre and Tyrwhitt stipulated that Tyrwhitt's deadline for responding to the Amended Complaint would be extended to January 16, 2015, or on such later date as the Parties may subsequently agree under the terms of the local rules;

(2)   On December 4, 2014, Mr. De La Torre filed an Amended Complaint;

(3)   Plaintiff and Defendant have been engaging in settlement negotiations and hope to resolve the dispute prior to further litigation.  Thus, both parties agree to extend the deadline for Defendant's response to February 27, 2015, or on such later date as the parties may subsequently agree under the terms of the local rules;

(4)   Currently scheduled is a Case Management Conference set for hearing on March 3, 2015, with a statement due date of February 24, 2015.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER TO EXTEND
DEF'S TIME TO RESPOND TO FAC
CASE NO.: 5:14-CV-04603-BLF

- 1 -

30984\4714023.2

1  ACCORDINGLY, IT IS HEREBY STIPULATED BY THE PARTIES, by and through their undersigned counsel of record:

(1) The deadline for Defendant to respond to the Amended Complaint shall be February 27, 2015, or on such later date as the parties may subsequently agree under the terms of the local rules.

(2) The March 3, 2015 Case Management Conference date and the statement due date of February 24, 2015 are vacated. If the parties do not reach a settlement by February 27, 2015, they should jointly contact the court and arrange for a new date for the case management conference with the court's clerk.

IT IS SO STIPULATED,

Dated: January 16, 2015                          Farella Braun + Martel LLP

I represent that concurrence in the filing of this document has been obtained from the other signatory(ies), which shall serve in lieu of his/her signature on this document.

By: /s/ *Thomas B. Mayhew*
      Thomas B. Mayhew
      Sunshine W. Yin

Attorneys for Defendant
CHARLES TYRWHITT, INC.

Dated: January 16, 2015                          Pratt & Associates

By: /s/ *Ben F. Pierce Gore*
      Ben F. Pierce Gore

Attorneys for Plaintiff
PAUL DE LA TORRE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER TO EXTEND
DEF'S TIME TO RESPOND TO FAC
CASE NO.: 5:14-CV-04603-BLF

- 2 -

## [PROPOSED] ORDER

The Case Management Conference Statement due date of February 24, 2015, is hereby vacated.  ~~If the parties do not reach a settlement by February 27, 2015, they should jointly contact the court and arrange for a new date for the case management conference with the court's clerk.~~

The Initial Case Management Conference presently scheduled for March 3, 2015 is HEREBY CONTINUED to April 2, 2015 at 1:30 p.m.  The parties' Joint Case Management Statement is due by March 26, 2015.

IT IS SO ORDERED.

Date: January 16, 2015

Beth Labson Freeman
United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER TO EXTEND
DEF'S TIME TO RESPOND TO FAC
CASE NO.: 5:14-CV-04603-BLF

- 3 -